IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAMIAN TURNER,

    Plaintiff,

-vs-

NAVEX GLOBAL, INC.,

    Defendant.

CIVIL ACTION FILE NO.
1:17-CV-05233-LMM

## ORDER

This case comes before the Court on the parties' Consent Motion to Stay Litigation and to Compel Arbitration [8], the Court **GRANTS** the Motion based on good cause show and Orders as follows:

The parties are ordered to arbitrate this matter under the terms of the Arbitration Agreement. The Court will **ADMINISTRATIVELY CLOSE** the case during this period of time.[1]

IT IS SO ORDERED this 29th day of January, 2018.

_____
Leigh Martin May
United States District Judge

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.